

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 22, 2015

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-22-2015

**BY EMAIL**

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re:  **United States v. Adam Samia and Carl David Stillwell,**
     **S8 13 Cr. 521 (LTS)**

Dear Judge Swain:

The Government writes to respectfully request that the above-referenced indictment, S8 13 Cr. 521 (LTS), which was returned by a grand jury sitting in this District and filed under seal on July 14, 2015, be unsealed so that the defendants can be presented on the charges set forth in the indictment. The defendants were arrested today in the Middle District of North Carolina.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By:       /s/
Michael D. Lockard/Anna Skotko/
Emil J. Bove III
Assistant United States Attorneys
(212) 637-2193/1589/2444

The unsealing request is granted.

SO ORDERED:
_____ 7/22/15
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE