Case 1:13-cr-00521-LTS   Document 200   Filed 09/18/15   Page 1 of 1

# LAW OFFICE OF SARAH KUNSTLER

315 FLATBUSH AVENUE #103 • BROOKLYN, NEW YORK 11217
(718) 783-3682 • FAX (347) 402-2014 • KUNSTLERLAW@NET

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-22-2015

September 18, 2015

**By ECF**
Hon. Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *United States v. Hunter, et al.*, No. 13-CR-521

Dear Judge Swain:

I was recently appointed to represent Adam Samia in the above-referenced case. The purpose of this letter is to respectfully request the appointment of Susan G. Kellman as co-counsel.

As your Honor is aware, the charges in this case are extremely serious and present numerous complex issues. Additionally, the government anticipates that discovery will be voluminous. Ms. Kellman, a Fellow in the American College of Trial Lawyers, is an esteemed member of this district's CJA Panel, with thirty years of experience in numerous, complex criminal cases. I worked with Ms. Kellman for eighteen months as part of this district's CJA mentorship program and we have continued to work together on other cases. Ms. Kellman's wealth of knowledge and experience will be a unique resource in this challenging matter.

In making this request, I assure your Honor that Ms. Kellman and I will not duplicate work. The Honorable Denise L. Cote appointed Ms. Kellman last year to serve as my co-counsel in a similar capacity. Your Honor's attention to this request is greatly appreciated.

Respectfully submitted,

/s/
Sarah Kunstler

Cc:   Adam Samia – BOP Mail
      Susan G. Kellman – by e-mail

*The request is approved. Counsel are directed to consult with Mr Tritz for case budgeting purposes.*

**SO ORDERED:**

_____ 9/21/15
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE