UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                           No.  13 CR 521-LTS

ADAM SAMIA,

        Defendant.

-------------------------------------------------------x

## ORDER

A conference concerning the representation of Defendant Adam Samia will be held on April 5, 2016, at 11:00 a.m.

SO ORDERED.

Dated: New York, New York
       March 28, 2016

                                                               /s/ Laura Taylor Swain
                                                           LAURA TAYLOR SWAIN
                                                           United States District Judge