G458SAMC

```
1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x

3    UNITED STATES OF AMERICA,

4              v.                        13 Cr. 521 (LTS)

5    ADAM SAMIA,

6              Defendant.

7    ------------------------------x

8                                        April 5, 2016
                                         11:05 a.m.
9
     Before:
10
                     HON. LAURA TAYLOR SWAIN
11
                                         District Judge
12
                          APPEARANCES
13
     PREET BHARARA
14        United States Attorney for the
          Southern District of New York
15   MICHAEL LOCKARD
          Assistant United States Attorney
16
     SUSAN G. KELLMAN
17   SARAH KUNSTLER
          Attorneys for Defendant
18

19   Also present:  JEREMY SCHNEIDER, CJA Counsel
                     DAVID STERN, CJA Counsel
20

21

22

23

24

25
```

G458SAMC

```
 1                (Case called)

 2                THE COURT:  Counsel.

 3                MR. LOCKARD:  Good morning, your Honor.  Michael

 4      Lockard for the government.

 5                THE COURT:  Good morning, Mr. Lockard.

 6                MR. KELLMAN:  Good morning, your Honor.  Susan Kellman

 7      and Sarah Kunstler for Adam Samia.

 8                THE COURT:  Good morning, Ms. Kellman and Ms.

 9      Kunstler.

10                Good morning, Mr. Samia.

11                THE DEFENDANT:  Good morning, your Honor.

12                At my request, Mr. Jeremy Schneider and David Stern

13      are also here, who are members of our CJA counsel.

14                So I have scheduled this conference principally

15      because I have received a letter, dated March 23rd, from Ms.

16      Kellman indicating that she and Ms. Kunstler wished to be

17      relieved as counsel.

18                Is that still your request, Ms. Kellman?

19                MR. KELLMAN:  Yes, it is, Judge.  And thank you for

20      scheduling this.

21                THE COURT:  Is there anything further that you, Ms.

22      Kunstler and Mr. Samia believes is appropriate to say on the

23      record with respect to the request?

24                MR. KELLMAN:  I don't believe so.  I think the bottom

25      line is that our ability to communicate with our client has
```

G458SAMC

1   become extremely difficult, and I think that he would be best

2   served with new counsel.

3   THE COURT:  All right then.

4   Having reviewed the letter carefully, and hearing Ms.

5   Kellman reiterate today on the record that the necessary

6   ability to communicate and the relationship of trust and

7   confidence is not there, I will grant the application of

8   counsel to withdraw, and I will appoint Mr. Schneider to

9   represent Mr. Samia.

10   Mr. Schneider, if you would like, you can come

11   forward.  I think the most efficient thing, in terms of

12   staffing and budgeting, would be for you to have a conversation

13   with Jerry Tritz first and then submit the necessary forms.

14   Would you just confirm that you are willing and

15   available to serve as counsel?

16   MR. SCHNEIDER:  Yes.

17   THE COURT:  In consultation with the U.S. Attorney's

18   Office, we have done the necessary conflict review, and I have

19   been informed that there is no conflict.

20   So if you would like to be seated next to Ms. Kellman.

21   MR. KELLMAN:  Your Honor, also, for convenience sake,

22   we have brought the entire file in electronic form, and some of

23   it in printed form, to turn over to Mr. Schneider.  I think

24   your Honor may know from doing the bills, we have done a

25   tremendous amount of work in this case, and hopefully there

G458SAMC

1    won't be much of a skipping of any steps because I think a lot

2    of the work that we have done, in terms of collating

3    everything, reading everything, summarizing everything, has

4    been put into a database that we are turning over to Mr.

5    Schneider this morning.

6            We have told him that if there is anything he needs,

7    we are a phone call away, and we will be available on a

8    moment's notice if he needs anything.  We have also provided

9    him with the contacts of people we have used outside of our

10   office, investigators and that sort of thing.  And we also have

11   a budget, and we will reach out to Mr. Tritz, let him know to

12   expect Mr. Schneider's call so that we can coordinate the

13   budget and the like.

14           THE COURT:  You anticipated my next three questions.

15   So thank you for making that clear.

16           The other issue with respect to correspondence is that

17   I have received a March 22 letter from Ms. Kunstler, which

18   included a request that that letter be filed under seal.  I

19   have some questions about that request.  So unless the request

20   for a sealed filing is no longer being made, I guess I will

21   need to ask Mr. Lockard to leave the courtroom.

22           So, Ms. Kunstler, do you still wish to request that

23   that be a sealed filing?

24           MS. KUNSTLER:  Yes, your Honor.

25           THE COURT:  Mr. Lockard, if you would.

G458SAMC

```
 1                MR. LOCKARD:  Yes, your Honor.
 2                THE COURT:  Just before Mr. Lockard leaves the room,
 3     let me just say clearly that the letter that I received from
 4     Ms. Kellman, which is dated March 23, and concerns the
 5     attorney-client relationship, will be filed under seal
 6     precisely because of its subject matter.
 7                (AUSA Lockard exits courtroom)
 8                (Pages 6-9 sealed by order of Court)
 9                (Continued on next page)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

G458SAMC

1          (AUSA Lockard now present)

2          THE COURT:  We are back on the open record.  Mr.

3     Lockard is back.

4          MR. KELLMAN:  Can we have just one minute, Judge?

5          (Pause)

6          MR. KELLMAN:  Your Honor, we just have a little

7     concern.  There is a protective order in this case, which

8     allows us to review all of the materials in the case and to

9     share them with people who are authorized to work on this case.

10    I don't know the exact language.  We have all the materials

11    ready to turn over.  The U.S. attorney is saying that perhaps a

12    check of the language in the protective order would be

13    appropriate before we actually turn anything over.  I imagine

14    that can be done fairly quickly.  I have a 1:00 in the Eastern

15    District with Mr. Stern.  So I can hold on to the materials

16    until I hear from Mr. Lockard, and if I get an e-mail from him

17    that says it's OK to turn it over, I will give it to Mr. Stern

18    at 1:00.

19         THE COURT:  Mr. Lockard, if it is your position that

20    something needs be adjusted, you will promptly speak with Mr.

21    Schneider and get that straightened out.

22         MR. LOCKARD:  Yes, your Honor.

23         THE COURT:  I will be putting in an order today saying

24    that Ms. Kellman, Ms. Kunstler and Mr. Spilke are relieved and

25    Mr. Schneider is appointed as new CJA counsel, and we can do

G458SAMC

1   supplemental orders as may be appropriate.

2           So I am filing the correspondence that I referred to

3   under seal, for reasons that I have explained on the record,

4   partly on the sealed part of the record, partly on the public

5   part of the record.

6           The next conference in this case is scheduled for

7   Friday at 3.

8           Mr. Schneider, are you available for that?

9           MR. SCHNEIDER:  Friday at 3?

10          THE COURT:  Yes.

11          MR. SCHNEIDER:  Yes.

12          THE COURT:  I will see you again then and, of course,

13  we can adjust what is appropriate in terms of scheduling and

14  timing after you familiarize yourself with everything.

15          Is there anything else that we all need to take up

16  this morning?

17          MR. LOCKARD:  Not from the government.

18          MR. SCHNEIDER:  I think we are fine for now.

19          MR. KELLMAN:  Thank you very much.

20          THE COURT:  Thank you again, Ms. Kellman and Ms.

21  Kunstler.

22          Thank you, Mr. Schneider.

23          (Adjourned)

24

25