# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/10/20
```

Tel: (212) 571-5500
Fax: (212) 571-5500



February 7, 2020

**VIA ECF**
Honorable Ronnie Abrams
United States District Judge
United States District Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

RONNIE ABRAMS, U.S.D.J.
2-10-20

Re: United States v. Adam Samia
    13 Cr. 521 (RA)

Dear Judge Abrams:

I, along with David Stern represented Adam Samia in the above referenced matter. We write to request authorization for reimbursement of $3,778.20 for 15,113 in house copies. It was necessary to copy documents and 3500 material in order to facilitate review by myself, co-counsel and the paralegal assigned to the matter in preparation for trial.

Please call with any questions at your convenience. Thank you for your consideration of this request.

Respectfully Submitted,

Jeremy Schneider (SC)

JS:sc
Encl.