UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ADAM SAMIA<br><br>Defendant. | Case No. 13-cr-521 (RA) |

### MOTION FOR A NEW TRIAL PURSUANT TO RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

For the reasons set forth in the accompanying classified memoranda of law, Defendant Adam Samia respectfully moves for a new trial pursuant to Rule 33 of the Federal Rules of Criminal Procedure.

MARCH 15, 2021

Respectfully submitted,

/s/Aimee W. Brown
AIMEE W. BROWN
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, DC 20006
(202) 223-7300
abrown@paulweiss.com