UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, | |
| v. | 13-CR-521 (RA) |
| Adam Samia *et al.*, | ORDER |
| Defendants. | |

RONNIE ABRAMS, United States District Judge:

On February 8, 2022, the Court received Mr. Samia's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A). The Government shall file a response to his motion by March 2, 2022. The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Samia.

SO ORDERED.

Dated:   February 8, 2022
         New York, New York

                                     RONNIE ABRAMS
                                    United States District Judge