UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 07/13/22

UNITED STATES OF AMERICA,

v.

ADAM SAMIA,

        Defendant.

13-CR-521 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In his July 8, 2022 letter motion, Defendant Adam Samia requested that the Court direct the Probation Department to issue an updated Presentence Investigation Report and order his transport to New York. His application is granted. Mr. Samia's resentencing will be held on November 7, 2022 at 2:00 p.m. He shall file his submission by October 24, 2022 and the Government shall file its submission by October 31, 2022. The Government shall organize the transport of Mr. Samia to New York as soon as practicable.

Further, in light of the Second Circuit's order vacating Mr. Samia's convictions on Counts One, Two, and Four, the Court denies his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A).

SO ORDERED.

Dated:    July 13, 2022
            New York, New York

                                          RONNIE ABRAMS
                                          United States District Judge