USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8-19-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

ADAM SAMIA,

Defendant.

No. 13-CR-521-06 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

Due to a scheduling conflict, the resentence scheduled for November 7, 2022 is adjourned to November 10, 2022 at 12:00 p.m. Defendant shall file his submission by October 27, 2022 and the Government shall file its submission by November 3, 2022.

SO ORDERED.

Dated:   August 19, 2022
         New York, New York

_____
Ronnie Abrams
United States District Judge