# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider                                                    Tel: (212) 571-5500
Robert A. Soloway                                                   Fax: (212) 571-5507
David Stern

—————

Rachel Perillo

October 25, 2022

**By ECF**
Hon. Ronnie Abrams                          Application granted. Mr. Samia's re-sentence
United States District Judge                is rescheduled from November 10, 2022 to
Thurgood Marshall United States Courthouse  March 3, 2023 at 12:00 p.m.
Southern District of New York
40 Foley Square
New York, New York 10007
                                            SO ORDERED.

              Re:    United States v. Adam Samia
                     13 Cr. 521 (RA)
                                            Ronnie Abrams, U.S.D.J.
                                            October 25, 2022

Dear Judge Abrams:

        Jeremy Schneider and I are the attorneys for Adam Samia, having been appointed
pursuant to the Criminal Justice Act.  Mr. Samia is scheduled to be resentenced on November 10,
2022.  I write without objection from the government by AUSA Rebekah Donaleski to adjourn
sentencing to a date in February or March of 2023 due to my present trial obligations in *United
States v. Sayfullo Saipov*, 17 Cr. 722 (VSB) before the Honorable Vernon S. Broderick. The
*Saipov* matter is a complex terrorism case with a death-eligible defendant.  We are currently in
the middle of jury selection and trial is expected to last until January 2023.  For this reason, it is
respectfully requested that Mr. Samia's resentencing be adjourned until February or March 2023,
after my trial obligations in *Saipov* are complete, as well as a corresponding adjournment of the
defendant's sentencing submission.

        If the Court has any questions regarding this application, please do not hesitate to contact
me.

                                    Respectfully submitted,

                                            /s/

                                    David Stern


cc:     AUSA Rebekah Donaleski (By ECF)