ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider                                                       Tel: (212) 571-5500
Robert A. Soloway                                                      Fax: (212) 571-5507
David Stern

―――――――

Rachel Perillo

December 15, 2022

**By ECF**
Hon. Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

> Application granted. The re-sentencing is adjourned *sine die* until Mr. Samia's Supreme Court case has been decided. Given that any re-sentencing is unlikely to be scheduled any time in the near future, Mr. Samia's request to be held at the Metropolitan Detention Center is denied, albeit without prejudice to renewal at the appropriate time.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> December 16, 2022

Re:   United States v. Adam Samia
      13 Cr. 521 (RA)

Dear Judge Abrams:

    Jeremy Schneider and I are the attorneys for Adam Samia, who is scheduled to be resentenced on March 3, 2023.

    On December 13, 2022, the Supreme Court of the United States granted Mr. Samia's petition for certiorari. It is expected that the Supreme Court case will not be decided prior to Mr. Samia's current resentencing date. It is therefore respectfully requested that resentencing be adjourned *sine die* until after Mr. Samia's Supreme Court case has been decided. The government by AUSA Rebekah Donaleski has no objection to this request.

    Additionally, we ask that Mr. Samia be kept at the Metropolitan Detention Center so that he can meet with his attorneys in preparation of his resentencing.

    If the Court has any questions regarding this application, please do not hesitate to contact me.

Respectfully submitted,

/s/

David Stern

cc:   AUSA Rebekah Donaleski (By ECF)