**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP**
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

Tel: (212) 571-5500
Fax: (212) 571-5507

RACHEL PERILLO

January 19, 2023

Hon. Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
January 20, 2023

Re: United States v. Hunter et. al.
*including Adam Samia*
13 Cr. ~~582~~ (RA)   13 Cr. 521

Dear Judge Abrams,

    I am the attorney for Mr. Samia on the above-captioned case. I write to renew my application for Mr. Samia to be held in, or returned to, the Metropolitan Detention Center. As reflected in the attached letter from his appellate counsel, Kannon K. Shanmugam, holding Mr. Samia at the Metropolitan Detention Center will greatly facilitate his ability to represent Mr. Samia as Mr. Shanmugam works on the Supreme Court briefing.

    If you have any questions regarding this application please contact my office.

Respectfully submitted,

David Stern

encl.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

KANNON K. SHANMUGAM

TELEPHONE    (202) 223-7325
FACSIMILE    (202) 204-7397

E-MAIL: kshanmugam@paulweiss.com

January 16, 2023

BY ELECTRONIC MAIL

David M. Stern, Esq.
Rothman, Schneider, Soloway & Stern, LLP
100 Lafayette Street, Suite 501
New York, NY 10013
dstern@rssslaw.com

Re:    *Samia* v. *United States*, S. Ct. No. 22-196

Dear Mr. Stern:

As you know, I am lead counsel for Adam Samia in the above-captioned matter at the United States Supreme Court. The Supreme Court granted review in Mr. Samia's case on December 13, 2022; his opening brief is due on January 25, his reply brief is likely to be due on March 17, and the oral argument is likely to be held the week of March 27.

I understand that the Federal Bureau of Prisons is in the process of transferring Mr. Samia (BOP #30984-057) from MDC Brooklyn to USP McCreary in Kentucky. I am based out of Washington, D.C., and maintain an office in New York. I have met with Mr. Samia once already at MDC Brooklyn, and I anticipate that further meetings will be required as we prepare our briefs and then prepare for oral argument. Accordingly, it would greatly facilitate my ability to represent Mr. Samia if he were to remain in (or be returned to) MDC Brooklyn, given my relative ease of access to that facility and the lack of an airport in close proximity to USP McCreary.

I would appreciate it if you would inform the relevant officials as soon as possible.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

Yours sincerely,

Kannon K. Shanmugam