**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP**
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider                                                                 Tel: (212) 571-5500
Robert A. Soloway                                                                Fax: (212) 571-5507
David Stern
_____

Rachel Perillo

January 10, 2024

**By ECF**
Hon. Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

> Application granted. The re-sentence is rescheduled to March 13, 2024 at 12:00 p.m.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> January 10, 2024

      Re:     United States v. Adam Samia
                  13 Cr. 521 (RA)

Dear Judge Abrams:

      Jeremy Schneider and I are the attorneys for Adam Samia, having been appointed pursuant to the Criminal Justice Act. Mr. Samia is scheduled to be re-sentenced on February 2, 2024 at 11:30 a.m. This letter is respectfully submitted without objection from the government, by AUSA Nicholas Bradley, to respectfully request an adjournment of sentencing to a date in mid-March 2024.

      The reason for this request is that I am scheduled to undergo surgery on January 22, 2024, which will require several weeks of recovery. The earliest I expect to be recovered is the week of February 26. I will also need additional time to review the finalized sentencing submission with Mr. Samia before filing with the Court in advance of sentencing. Additionally, Mr. Schneider is scheduled to begin a state murder trial on January 22 which is expected to continue throughout February. A sentencing adjournment to mid-March should ensure my ability to appear for Mr. Samia's sentencing with sufficient time to finalize and review the sentencing submission with my client after my recovery from surgery.

      If the Court has any questions regarding this application, please do not hesitate to contact me.

Respectfully submitted,
/s/
David Stern

cc:     AUSA Nicholas Bradley (By ECF)