**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP**
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider                                                                 Tel: (212) 571-5500
Robert A. Soloway                                                                Fax: (212) 571-5507
David Stern
_____

Rachel Perillo

February 27, 2024

**By ECF**
Hon. Ronnie Abrams                          Application granted.  Mr. Samia's re-sentence
United States District Judge                is adjourned to April 3, 2024 at 11:00 a.m.
Thurgood Marshall United States Courthouse
Southern District of New York               SO ORDERED.
40 Foley Square
New York, New York 10007
                                            _____
                                            Ronnie Abrams, U.S.D.J.
            Re:   United States v. Adam Samia      February 27, 2024
                  13 Cr. 521 (RA)

Dear Judge Abrams:

      Jeremy Schneider and I are the attorneys for Adam Samia, having been appointed pursuant to the Criminal Justice Act. Mr. Samia is scheduled to be re-sentenced on March 13, 2024. This letter is respectfully submitted without objection from the government, by AUSA Nicholas Bradley, to respectfully request a three-week adjournment of sentencing. The reason for this request is that I was unexpectedly scheduled to undergo surgery this week, which will require recovery for the next few weeks. It is respectfully requested that Mr. Samia's sentencing be adjourned to the week of April 1, 2024, which should allow sufficient time for my recovery and ability to appear at sentencing.

      Additionally, more time is needed to obtain Mr. Samia's updated medical and institutional records. The Bureau of Prisons erroneously moved Mr. Samia out of the MDC in mid-January, and he returned to the MDC on February 15, which, in combination with the lockdowns and long wait times at the MDC, caused delay in obtaining Mr. Samia's authorization to obtain his updated records, which are crucial to his sentencing submission. The requested adjournment should also provide sufficient time to obtain and review these records.

      If the Court has any questions regarding the instant application, please do not hesitate to contact me.

                                            Respectfully submitted,

                                            /s/ David Stern