## ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider                                                           Tel: (212) 571-5500
Robert A. Soloway                                                          Fax: (212) 571-5507
David Stern
_____
Rachel Perillo

March 12, 2024

**By ECF**

Hon. Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

> Application granted. The re-sentence is adjourned to April 11, 2024 at 2:30 p.m.
>
> SO ORDERED.
>
> _/s/_
>
> Ronnie Abrams, U.S.D.J.
> March 13, 2024

Re:   United States v. Adam Samia
      13 Cr. 521 (RA)

Dear Judge Abrams:

    Jeremy Schneider and I are the attorneys for Adam Samia, the defendant in the above-named matter who is scheduled to be re-sentenced. At the request of counsel, the Court recently adjourned Mr. Samia's re-sentencing to April 3, 2024 at 11:00 a.m. However, I am no longer able to appear on that date because I will be out of state in relation to a capital matter from April 1 to April 5. I therefore write without objection from the government, by AUSA Nicholas Bradley, to respectfully request an adjournment of re-sentencing to April 9, 11 or 12, the earliest dates that both parties are available.

    If the Court has any questions regarding this application, please do not hesitate to contact me. The Court's time and attention to this matter is greatly appreciated.

Respectfully submitted,
/s/
David Stern

cc:   AUSA Nicholas Bradley (by ECF)