ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider                                                            Tel: (212) 571-5500
Robert A. Soloway                                                           Fax: (212) 571-5507
David Stern
_____
Rachel Perillo

March 28, 2024

**By ECF**
Hon. Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted. The re-sentence is adjourned to May 13, 2024 at 1:00 p.m.

SO ORDERED.

_/s/_

Ronnie Abrams, U.S.D.J.
March 28, 2024

Re:   United States v. Adam Samia
      13 Cr. 521 (RA)

Dear Judge Abrams:

    Jeremy Schneider and I are the attorneys for Adam Samia, the defendant in the above-named matter who is scheduled to be re-sentenced on April 11, 2024. This letter is respectfully submitted without objection from the government, by AUSA Nicholas Bradley, to request a thirty day adjournment of Mr. Samia's sentencing. An adjournment is needed for two reasons. First, counsel is still waiting to receive Mr. Samia's updated medical records, as well as other documents and records, which are needed for our sentencing submission. Second, due to long wait times for legal visiting at the MDC in recent days, more time is needed to meet with Mr. Samia to review and finalize his sentencing memorandum. A thirty-day adjournment should allow sufficient time for these purposes.

    If the Court has any questions regarding this application, please do not hesitate to contact me. The Court's time and attention to this matter is greatly appreciated.

Respectfully submitted,
/s/
David Stern

cc:   AUSA Nicholas Bradley (by ECF)