```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -
                                    :
UNITED STATES OF AMERICA              AMENDED
                                    : ORDER OF FORFEITURE/
       -v.-                           MONEY JUDGMENT
                                    :
ADAM SAMIA,                           S10 13 Cr. 521 (RA)
                                    :
            Defendant.
                                    :
- - - - - - - - - - - - - - - - - X
```

WHEREAS, on or about October 16, 2017, ADAM SAMIA (the "defendant"), was charged in a five-count Superseding Indictment, S10 13 Cr. 521 (RA) (the "Indictment") with: (i) participating in a conspiracy, from in or about 2008, up to and including in or about July 2014, to commit murder-for-hire, in violation of Title 18, United States Code, Sections 1958(a) and 3238 (Count One); (ii) from at least in or about 2011, up to and including in or about July 2014, committing murder-for-hire, in violation of Title 18, United States Code, Sections 1958(a), 3238, and 2 (Count Two); (iii) participating in a conspiracy, from in or about 2008, up to and including in or about July 2014, to murder and kidnap in a foreign country, in violation of Title 18, United States Code, Sections 956(a)(1), 956(a)(2)(A), and 3238 (Count Three); (iv) from at least in or about January 2012, up to and including in or about March 2012, using and carrying a firearm during and in relation to a crime of violence constituting murder, in violation of Title 18, United States

Code, Sections 924(j), 3238, and 2 (Count Four); and (v) participating in a conspiracy to commit money laundering, from in or about 2008, up to and including July 2014, in violation of Title 18, United States Code, Sections 1956(h) and 3238 (Count Five);

WHEREAS, the Indictment included a forfeiture allegation as to Counts One, Two, and Three, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code 2461, of all property real and personal that constitutes or is derived from proceeds traceable to the commission of the offense charged in Counts One, Two, and Three of the Indictment;

WHEREAS, the Indictment included a forfeiture allegation as to Count Four, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code 2461(c), of all property real and personal that constitutes or is derived from proceeds traceable to the commission of the offense charged in Count Four of the Indictment;

WHEREAS, the Indictment included a forfeiture allegation as to Count Five, seeking forfeiture to the United States, Pursuant to Title 18, United States Code, Section 982(a)(1), of all property real and personal that constitutes or

2

is derived from proceeds traceable to the commission of the offense charged in Count Five of the Indictment;

WHEREAS, on or about April 18, 2018, the defendant was convicted at trial of Counts One through Five of the Indictment;

WHEREAS, on or about April 20, 2022, the defendant's convictions on Counts One, Two, and Four of the Indictment were vacated;

WHEREAS, the Government seeks a money judgment in the amount of $35,000 in United States currency, which represents proceeds that the defendant obtained, directly or indirectly, as a result of the commission of the offenses charged in Counts Three and Five of the Indictment,

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offenses charged in Counts Three and Five of the Indictment, of which the defendant was convicted at trial, a money judgment in the amount of $35,000 in United States currency (the "Money Judgement"), which represents the amount of proceeds traceable to the offenses charged in Counts Three and Five of the Indictment that the defendant personally obtained, shall be entered against the defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, upon entry of this Order of Forfeiture as

to a Money Judgment at sentencing, this Order of Forfeiture/Money Judgment is final as to the defendant, ADAM SAMIA, and shall be deemed part of the sentence of the defendant.

3. The United States Marshals Service shall be authorized to deposit any payment on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

4. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the defendant up to the uncollected amount of the Money Judgment.

5. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the United States Marshals Service and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Financing and Money Laundering Unit, 26 Federal Plaza, New York, New York 10278 and shall indicate the defendant's name and case number.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Order of Forfeiture/Money Judgment, the United States Attorney's Office is authorized to conduct any discovery needed to identify,

locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

       7. The Clerk of the Court shall forward three certified copies of this Order of Forfeiture/Money Judgment to Assistant United States Attorney Tara M. LaMorte, chief, Illicit Finance and Money Laundering Unit, 26 Federal Plaza, New York, New York, 10278.

SO ORDERED:

_____      5/22/2024
HONORABLE RONNIE ABRAMS      DATE
United States District Judge
Southern District of New York