UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ADAM SAMIA,<br><br>Defendant. | 13-cr-521 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of the attached letter from Mr. Samia dated June 23, 2024. The C.J.A. attorney assigned to receive cases on this day is hereby ordered to assume representation of the defendant in the above captioned matter.

The Clerk of Court is respectfully requested to mail a copy of this Order to Mr. Samia.

SO ORDERED.

Dated:   July 17, 2024
         New York, New York

_____
Ronnie Abrams
United States District Judge

TRULINCS 30984057 - SAMIA, ADAM - Unit: MCR-C-A

----

FROM: 30984057
TO:
SUBJECT:
DATE: 06/17/2024 02:02:34 PM

Dear Judge Abrams:

   I respectfully write to ask you to appoint an attorney to represent me on post sentence motions. Specifically, I believe that my lawyers, David Stern and Jeremy Schneider were ineffective. Many of the decisions they made were made with out my consent or input, most significantly, I repeatedly asked them to investigate and contest jurisdiction and venue in my case.
   I informed them that the meeting the government alleged had occurred between me and Mr. Hunter had if fact, never taken place. They failed to seek, investigate or procure documents which would have reveled this fact, and their failure to do so resulted in my unjust conviction. This is just one example of their ineffectiveness which can only be fully explored and presented with the assistance of a new unconflicted attorneys.

Thank you for your consideration.

Adam Samia

5-6-2024

2pm.

*[signature]*



Legal Mail

Mailed 6-23-2024