## ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

August 21, 2024

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:  United States v. Adam Samia
           13 Cr. 521 (RA)

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
August 22, 2024

Dear Judge Abrams:

    I represented Mr. Adam Samia in the above referenced case. An associate of my firm, Rachel Perillo expended a total of 99.6 hours, nunc pro tunc to July 8, 2022, assisting me with legal research and writing, reviewing medical records, letters, emails, phone calls with family and preparation of the sentencing memorandum.

    I apologize for not seeking pre-approval, before the case was finalized. I respectfully pray that the Court approve payment at an hourly rate of $125.00 for associate time in this matter.

    If your Honor needs any additional information, please do not hesitate to contact of my office. Thank you for your attention.

                                                      Sincerely,

                                                      David Stern