UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ADAM SAMIA,<br><br>Defendant. | No. 13-CR-521 (RA)<br><br><u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

The Court has received the attached letter from Adam Samia dated August 30, 2024, requesting that the Court issue an order directing a refund for overpayment of certain monetary penalties made by Mr. Samia. No later than September 20, 2024, the government shall file a letter responding to the motion. Should the government agree that a refund is appropriate in light of the Court's Amended Judgment in this case, see Dkt. 885, it shall file a proposed order directing the Clerk of Court to refund the overpayment amount.

The Clerk of Court is respectfully requested to mail a copy of this Order to Mr. Samia (#30984-057) at USP McCreary, P.O. Box 3000, Pine Knot, KY, 42635.

SO ORDERED.

Dated:   September 12, 2024
         New York, New York

_____
Ronnie Abrams
United States District Judge

TRULINCS 30984057 - SAMIA, ADAM - Unit: MCR-C-A

----

FROM: 30984057
TO:
SUBJECT: Judge Abrams 8/30/2024
DATE: 08/30/2024 09:31:26 AM

Dear Judge Abrams;

I respectfully write to you to refund my BOP account in the amount of $300.00 dollars. I was told to write you by my councilor here at USP McCreary, she told me "only the court can do this refund".

I was sentenced back in 2018 and I had a ( FRP assignment payment ) of $500.00 dollars for the 5 counts that I had. I paid that in full.

I got resentenced in 2024 to, two counts that I have already paid off previously.

Please refund my BOP account in the amount of $300.00 dollars for the now vacated 3 counts that I paid for!

Thank you

Adam Samia
8/30/2024

8am

*[signature: Adam Samia]*

Adam Samia #30984-057
USP McCreary
P.O. Box 3000
Pine Knot, KY 42635

KNOXVILLE TN 377
3 SEP 2024 PM 1 L

Attn: Judge Ronnie Abrams
Clerk of Courts
Thurgood Marshall U.S. Courthouse
40 Foley Square, New York, NY (10007)

10007-150729
Mailed 9/11/2024

Legal Mail