UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ADAM SAMIA,
           Defendant.

No. 13 Cr. 521 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On August 30, 2024, the Court received a request from defendant Adam Samia that the Court issue an order directing a refund for $300 in special assessment payments previously made that are no longer applicable in light of the Court's Amended Judgment issued on May 22, 2024. (Dkt. 885). The Government does not oppose the application.

IT IS HEREBY ORDERED that the Clerk of Court be directed to refund $300 in overpayments to Adam Samia, to be payable to the following address:

    Federal Bureau of Prisons
    Adam Samia
    (#30984-057)
    Post Office Box 474701
    Des Moines, Iowa 50947-0001

DATED: September 30, 2024
New York, New York

_____
THE HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK