UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ADAM SAMIA,<br><br>          Defendant. | No. 13-CR-521<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of the attached letter from Mr. Samia, dated January 24, 2025, requesting the return of money and personal property. The Court has already issued an Order (See Doc #912) on September 30, 2024, directing the Clerk of Court to refund $300 in overpayments to Mr. Samia. That order was mailed to Mr. Samia at USP McCreary at P.O. Box 3000, Pine Knot, KY 42635, but was returned because it appears that Mr. Samia was transferred.

The Government shall respond to Mr. Samia's request for the return of his personal property by no later than February 14, 2025.

The Clerk of Court is respectfully requested to mail a copy of this Order and the Order at Doc #912 to Mr. Samia (30984-057) at Federal Correctional Institution, Cumberland, MD 21501-1000.

SO ORDERED.

Dated:     January 29, 2025
           New York, New York

_____
Ronnie Abrams
United States District Judge

TRULINCS 30984057 - SAMIA, ADAM - Unit: CUM-B-B

---

FROM: 30984057
TO:
SUBJECT: Dear Honorable Judge Abrams;
DATE: 01/24/2025 08:43:20 AM

Dear Honorable Judge Abrams;

Please find a copy of a letter I mailed to you on 12-12-2024. This letter was regarding my FRP reimbursement, and all my property that did not pertain to the case! This is the 3rd letters I have sent about this. Please let me know what the status of this is. Thank you so much for your time!

I hope this finds you and your family doing well!

Regards
Adam
1-24-2025
8:45am

TRULINCS 30984057 - SAMIA, ADAM - Unit: CUM-B-B

---

FROM: 30984057
TO:
SUBJECT: 12-12-2024
DATE: 12/12/2024 08:32:18 AM

Dear Honorable Judge Abrams;

I respectful write too you about my FRP payment. I sent you a letter on or about (8/30/2024) requesting that my BOP account be refunded in the amount of $300.00 dollars that I over paid! I am not sure if you even got that letter? Please let me know you got this letter.

  Your Honor,
 I do not no what to do at this point about my personal property that had nothing to do with the case at hand. My previous attys ( David and Jeremy ) told me they contacted ( on several occasions ) the govt about my personal property that had nothing to do with this case to have it returned back to my family, I have contacted my (old) attys and they told me now, there is nothing that can do at this point about my property, I never got a complete list or inventory ( from them ) of what all was taken from me, but my family ( Mom and Dad ) told me they took many, many boxes from our home, I know that the govt took. I was told the govt took all my paper work, my living trust, bills, pictures all my electronics, ( phones, computers, tablet, iPad, mp3, etc ) firearms ( the ATF is still holding ( I believe ) 4 things, 2 firearms and 2 suppressors )(in that paper work is the federal tax stamps for the suppressors ) that are all 100% legally owned, I did all the class 3 paper work on them, the federal tax stamps, can you please help me get all my property returned to my family?

Thank you so much for your help.

With Respect ·
Adam Samia

I hope this finds you and your family doing well, and have a great holiday season!

*[signature: Adam Samia]*



BALTIMORE MD 212
27 JAN 2025 PM 2 L

⇔30984-057⇔
Adam Samia
Federal Correctional Institution
Cumberland, MD 21501-1000
United States

⇔30984-057⇔
Ronnie Abrams
U.S. Courthouse.
40 Foley SQ
Thurgood Marshall
NEW YORK, NY 10007
United States

10007-150299
Mailed 1/26/2025

Legal mail

Legal mail