UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ADAM SAMIA,<br><br>Defendant. | No. 13-cr-521 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of the attached letter from Defendant Adam Samia dated April 13, 2025. The Government shall address Mr. Samia's assertions in the submission that the Court previously ordered it to file by May 2, 2025. *See* Dkt. No. 930. It shall specifically explain whether Mr. Samia has received a reimbursement for his $300 overpayment and, if not, propose next steps on how to facilitate that reimbursement. *See* Dkt. No. 912 (ordering that Mr. Samia receive reimbursement of $300).

SO ORDERED.

Dated:   April 23, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge

TRULINCS 30984057 - SAMIA, ADAM - Unit: CUM-B-B

----------------------------------------------------------------------------

FROM: 30984057
TO:
SUBJECT: Honorable Judge Abrams 3-17-2025. 4-13-2025
DATE: 04/11/2025 08:30:12 PM

Dear Honorable Judge Abrams;

I am respectfully writing to you again your Honor about my FRP overpayment, (of $300.00 ) that I still have not received as of this date 3-17-2025. Could you please help me with this?

Also I still have not had my personal property returned to my family that had NOTHING to do with this case. As far as I remember the only thing the government used was my small laptop as evidence at trial. But everything else needs to be returned to my family please.  May I please get a itemized list of everything that was taken from me, I have tried numerous times to get this from my old atty but was never give one.

Thank you for your help!

With Respect
Adam Samia

I hope this finds you and your family all doing well, your Honor.

P.S. Dear Honorable Judge Abrams this is the 2nd time I have sent this letter to you. I am not sure if you are getting them. The date I am sending this is Sunday, April 13, 2025

☆30984-057☆
Adam Samia
Federal Correctional Institution
Cumberland, MD 21501-1000
United States

BALTIMORE MD 212
17 APR 2025 PM 4 L

☆30984-057☆
Ronnie Abrams
U.S. Courthouse.
40 Foley SQ
Thurgood Marshall
NEW YORK, NY 10007
United States

Legal Mail

10007-1APPSS1e0l
Legal Mail