UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ADAM SAMIA,<br><br>Defendant. | No. 13-cr-521 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

    The Court is in receipt of the attached letter from Defendant Adam Samia, dated June 17, 2025, calling to attention several of Mr. Samia's medical issues. The Government shall reach out to the Bureau of Prisons and submit a status update to the Court no later than July 22, 2025. The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Samia (30984-057) at Federal Correctional Institution, Cumberland, MD 21501-1000.

SO ORDERED.

Dated:    July 1, 2025
             New York, New York

_____
Ronnie Abrams
United States District Judge

TRULINCS 30984057 - SAMIA, ADAM - Unit: CUM-B-B

---

FROM: 30984057
TO:
SUBJECT: 6-5-2025 and 6-17-2025
DATE: 06/17/2025 08:37:40 PM

Dear Honorable Judge Abrams;

I am respectfully again writing you, I was told by my Mother, that this has not been received by you please see below!

I am not sure how to address this, but i feel i need to bring this to your attention. My medical issues are getting much worse. When you resentenced me back in May of 2023, you ordered MDC/BOP, not to move me before I was seen by medical for my 3 outside appointment, BOP moved me in less then a week of your order, and to this date I still have not been seen by the outside Dr's appointments, I now have 4 of them. I am getting worse, these medical issues have been going on for over 6 years now, some longer than that, I don't know what to do at this point, But I am suffering daily. your Honor, you have ask/recommended the BOP to send me to NC camp Butner for my medical issues ( and to be closer to my family that I have not seen in 10 years ) for this very reason. Can you please help me?
My family and I have tried contacting my attys about these issues!

I hope this finds you and your family doing well.

Regards
Adam
Mailed, 6-18-2026
7:30pm

Dear Honorable Judge Abrams;

I am respectful writing to you again about some of my property, First off please let me thank you for your help, I did receive the reimbursement of $300.00 dollars, and a good portion of my property, thank you very much for that.

I tried contacting my atty, and my family has also tried to reach out to him about these issues trying not to waste your time or the courts. I am following up with you for the 2 firearm's and 2 suppressors that are still being held by the government. They are 100% legally owned, with all the federal tax stamps and proper paper work! My family and I do not know what to do at this point, or who to contact?

Once again thank you for your help.

I hope this finds you and your family all doing well!

Regards
Adam

Mailed, 6-5-2025
3pm

⇔30984-057⇔
Adam Samia
Federal Correctional Institution
Cumberland, MD 21501-1000
United States

Honorable Judge
⇔30984-057⇔
Ronnie Abrams
U.S. Courthouse.
40 Foley SQ
Thurgood Marshall
NEW YORK, NY 10007
United States

BALTIMORE MD 212
21 JUN 2025 PM 1 L

Legal Mail

Mailed 6/19/25